# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135678

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WASHINGTON MUTUAL BANK, F.A.,
      Plaintiff-Appellant,

v

COMMUNITY SHORES BANK,
      Defendant-Appellee,

and

STANDARD FEDERAL BANK, N.A.,
      Defendant.

SC: 135678
COA: 274959
Genesee CC: 05-081560-CK

_____/

On order of the Court, the application for leave to appeal the October 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

s0421

Clerk